IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEANITH HUON, | ) | |
|       Plaintiff, | ) | 09-cv-7877 |
| v. | ) | Judge Manning |
| | ) | Mag. Judge Schenkier |
| JOHNSON AND BELL, LTD., | ) | |
| WILLIAM V. JOHNSON, | ) | |
| WILLIAM G. BEATTY, and | ) | |
| SCOTT W. HOYNE, | ) | |
| | ) | |
|       Defendants. | ) | |

## THE PARTIES' PROPOSED JOINT SCHEDULING ORDER

The following persons participated in a Rule 26(f) conference on November 30, 2011 by teleconference:

Meanith Huon, appearing *pro se.*

Christopher W. Loweth, on behalf of Defendants Johnson & Bell, Ltd., William V. Johnson, William G. Beatty, and Scott W. Hoyne.

The parties propose this discovery plan:

A) TIME TO MAKE RULE 26(a) DISCLOSURES:

Disclosures under Rules 26(a) and 26(e)(1) shall be made by January 4, 2012.

B) TIME TO JOIN OTHER PARTIES:

Time to join other party shall be completed 60 days before the discovery cut off day, or by September 30, 2012.

C) TIME TO COMPLETE FACT DISCOVERY:

All fact discovery shall be completed by November 30, 2012.

D) TIME TO AMEND PLEADINGS:

Pleadings shall be amended, if any, by September 30, 2012.

E)   TIME TO FILE MOTIONS:

All motions shall be filed 30 days after the close of fact discovery, or by December 30, 2012.

F)   TIME TO COMPLETE EXPERT DISCOVERY:

Plaintiff shall disclose any expert witnesses 60 days after the close of fact discovery, or by January 30, 2013. Defendants shall depose Plaintiff's expert witnesses, if any, within 30 days thereafter, or by February 29, 2012. Defendants shall disclose expert witnesses, if any, within 30 days thereafter, or by March 29, 2012. Plaintiff shall depose Defendants' expert witnesses, if any, within 30 days thereafter, or by April 29, 2012.

Dated: November 30, 2012

Respectfully submitted,                                  Respectfully submitted,

/s/ Chris Loweth                                         /s/ Meanith Huon
Johnson and Bell, Ltd                                    Meanith Huon
33 W. Monroe Street                                      The Huon Law Firm
Suite 2700                                               PO Box 441
Chicago, IL 60602                                        Chicago, IL 60690
312-372-0770                                             312-405-2789
                                                         IL ARDC No.: 6230996
                                                         Huon.meanith@gmail.com

2

**CERTIFICATE OF SERVICE**

Under penalties of law, I attest the following documents or items have been or are being electronically served on all counsel of record for all parties on November 29, 2012

**THE PARTIES' PROPOSED JOINT SCHEDULING ORDER**

/s/ Meanith Huon

Meanith Huon
The Huon Law Firm
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996