IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEANITH HUON, | ) | |
| Plaintiff, | ) | 09-cv-7877 |
| v. | ) | Judge Manning |
| | ) | Mag. Judge Schenkier |
| JOHNSON AND BELL, LTD., | ) | |
| WILLIAM V. JOHNSON, | ) | |
| WILLIAM G. BEATTY, and | ) | |
| SCOTT W. HOYNE, | ) | |
| | ) | |
| Defendants. | ) | |

## THE PARTIES' SECOND AMENDED PROPOSED JOINT SCHEDULING ORDER

The following persons participated in a Rule 26(f) conference on November 23, 2011 by teleconference:

Meanith Huon, appearing *pro se.*

Christopher W. Loweth, on behalf of Defendants Johnson & Bell, Ltd., William V. Johnson, William G. Beatty, and Scott W. Hoyne.

The parties Second Amended Proposed Joint Scheduling Order replaces the previously filed proposed joint scheduling order and amended proposed joint scheduling order that contained typographical errors.

The parties propose this discovery plan:

A) TIME TO MAKE RULE 26(a) DISCLOSURES:

Disclosures under Rules 26(a) and shall be made by January 4, 2012.

B) TIME TO JOIN OTHER PARTIES:

Time to join other party shall be completed 60 days before the discovery cut off day, or by September 28, 2012.

C) TIME TO COMPLETE FACT DISCOVERY:

All fact discovery shall be completed by November 30, 2012.

D) TIME TO AMEND PLEADINGS:

Pleadings shall be amended, if any, by September 28, 2012.

E) TIME TO FILE MOTIONS:

All motions shall be filed 30 days after the close of fact discovery, or by December 28, 2012.

F) TIME TO COMPLETE EXPERT DISCOVERY:

Plaintiff shall disclose any expert witnesses 60 days after the close of fact discovery, or by January 30, 2013. Defendants shall depose Plaintiff's expert witnesses, if any, within 30 days thereafter, or by February 28, 2013. Defendants shall disclose expert witnesses, if any, within 60 days thereafter, or by April 29, 2013. Plaintiff shall depose Defendants' expert witnesses, if any, within 30 days thereafter, or by May 29, 2013.

Dated: November 30, 2011

Respectfully submitted,

/s/ Chris Loweth
Johnson and Bell, Ltd
33 W. Monroe Street
Suite 2700
Chicago, IL 60602
312-372-0770

Respectfully submitted,

/s/ Meanith Huon
Meanith Huon
The Huon Law Firm
PO Box 441
Chicago, IL 60690
312-405-2789
IL ARDC No.: 6230996
Huon.meanith@gmail.com

**CERTIFICATE OF SERVICE**

Under penalties of law, I attest the following documents or items have been or are being electronically served on all counsel of record for all parties on November 30, 2011:

**THE PARTIES' SECOND AMENDED**
**PROPOSED JOINT SCHEDULING ORDER.**

/s/ Meanith Huon

Meanith Huon
The Huon Law Firm
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996