# EXHIBIT A

09W0707-21

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (Indicate Mr. Ms. Mrs.) Meanith Huon | HOME TELEPHONE (include area code) 312-405-2789 | |
|---|---|---|
| STREET ADDRESS 3038 S. Canal #2F | CITY, STATE AND ZIP CODE Chicago, IL 60616 | DATE OF BIRTH 2/22/70 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME Johnson and Bell, Ltd. | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) (312) 372-0770 |
|---|---|---|
| STREET ADDRESS 33 West Monroe Street Ste 2700 | CITY, STATE AND ZIP CODE Chicago, IL 60603 | COUNTY Cook |
| NAME Charles P. Rantis, William V. Johnson, William G. Beatty | | TELEPHONE (include area code) (312) 372-0770 |
| STREET ADDRESS 33 W. Monroe Ste 2700 | CITY, STATE AND ZIP CODE Chicago, IL 60603 | COUNTY Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>1. Race   4. Retaliation<br>2. National Origin   5. Color<br>3. Age | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>7/1/07   1/10/08<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

SEE CHARGE OF DISCRIMINATION, WHICH IS INCORPORATED AND MADE A PART OF THIS DOCUMENT.

DEPT OF HUMAN RIGHTS INTAKE UNIT
JUL 07 2008
RECEIVED

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br>[notary signature] 7/7/08<br>NOTARY SIGNATURE   MONTH DATE YEAR |
|---|---|
| OFFICIAL SEAL<br>ANTIONETTE MILLER<br>NOTARY PUBLIC, STATE OF ILLINOIS<br>MY COMMISSION EXPIRES 12-14-2011<br>NOTARY SEAL | X [signature] Meanith Huon  7/7/08<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct. I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

FORM 5 (5/05)

#09W0707-21

# STATE OF ILLINOIS
# ILLINOIS DEPARTMENT OF HUMAN RIGHTS

| CHICAGO OFFICE | SPRINGFIELD OFFICE |
|---|---|
| 100 WEST RANDOLPH STREET | DEPARTMENT OF HUMAN RIGHTS |
| SUITE 10-100 INTAKE UNIT | 222 SOUTH COLLEGE, ROOM 101 |
| CHICAGO, ILLINOIS 60601 | SPRINGFIELD, ILLINOIS 62704 |
| (312) 814-6200 | (217) 785-5100 |
| (312) 814-1579 TDD | (217) 785-5125 TDD |

CHARGE NO: 2009CN0104
CHARGE OF DISCRIMINATION

I, (Meanith Huon, 3038 S. Canal #2F, Chicago, IL 60616 (312) 405-2789, believe that I have been personally aggrieved by a civil rights violation committed on (January 10, 2008), by:

RESPONDENT

William J. Johnson
c/o Johnson & Bell, Ltd
33 W. Monroe Street Ste. 2700
Chicago, Il 60603
(312) 372-0770

The particulars of the alleged civil rights violation are as follows:

See Attached Document

## STATE OF ILLINOIS
## ILLINOIS DEPARTMENT OF HUMAN RIGHTS

**CHICAGO OFFICE**
100 WEST RANDOLPH STREET
SUITE 10-100, INTAKE UNIT
CHICAGO, ILLINOIS 60601
(312) 814-6200
(312) 814-1579 TDD

**SPRINGFIELD OFFICE**
DEPARTMENT OF HUMAN RIGHTS
222 SOUTH COLLEGE, ROOM 101
SPRINGFIELD, ILLINOIS 62704
(217) 785-5100
(217) 785-5125 TDD

## CHARGE OF DISCRIMINATION

CHARGE NO. _____

I, _____Meanith Huon_____,

believe that I have been personally aggrieved by a civil rights violation committed on (most recent date) by:

January 9, 2008

RESPONDENTS
Johnson and Bell, Ltd.
William V. Johnson
William G. Beatty
Charles P. Rantis

The particulars of the alleged civil rights violation are as follow:

I. A. Issue / Basis
   1. Discharged on or about January 9, 2008, because of my race, Asian.

   B. Prima Facie Allegation
   1. My race is Asian
   2. I was discharged on or about January 9, 2008. No specific reason was given for my discharge.
   3. I was at all times performing my job duties in a satisfactory manner.
   4. My performance was as good as that of the white associates, ie. Nick Lykins, who was not discharged.

(continued)

IDHR FORM #6

## CHARGE OF DISCRIMINATION (Continued)

II. A. Issue/Basis
   1. Discharged on or about January 9, 2008, because of my national origin, Cambodian.

   B. Prima Facie Allegations

   1. My national origin is Cambodian.

   2. I was discharged on or about January 9, 2008. No specific reason was given for my discharge.

   3. I was at all times performing my job duties in a satisfactory manner.

   4. My performance was as good as that of the white associates, i.e. Mary Cryar, who was not discharged.

III. A. Issue/Basis
   1. Discharged on or about January 9, 2008, because of my color, brown.

   B. Prima Facie Allegations

   1. My skin color is brown.

   2. I was discharged on or about January 9, 2008. No specific reason was given for my discharge.

   3. I was at all times performing my job duties in a satisfactory manner.

   4. My performance was as good as that of the white associates, i.e. Christina Mungai, who was not discharged.

IV. A. Issue/Basis
   1. Discharged on or about January 9, 2008, because of my age, 37.

   B. Prima Facie Allegations

   1. My age is 38 and was 37 at the time of my discharge.

   2. I was discharged on or about January 9, 2008. No specific reason was

given for my discharge.

3. I was at all times performing my job duties in a satisfactory manner.

4. My performance was as good as that of the younger, white associates, i.e. Steve Carlson, who was not discharged.

V. A. Issue/Basis

1. Discharged on or about January 9, 2008, because of retaliation.

B. Prima Facie Allegations

1. Prior to being discharged, I reported the discriminatory treatment I received from William G. Beatty to my supervising attorney.

2. I was discharged on or about January 9, 2008. No specific reason was given for my discharge.

3. I was at all times performing my job duties in a satisfactory manner.

4. My performance was as good as that of the white associates, i.e. Jeff Chrones, who was not discharged.

5. My discharged followed my complaint of discrimination within a short period of time, thus, raising an inference of retaliatory motivation.

VI. A. Issue/Basis

1. Discharged on or about January 9, 2008, because of my race, Asian.

B. Prima Facie Allegations

1. My race is Asian.

2. I was discharged on or about January 9, 2008. No specific reason was given for my discharge.

3. I was at all times performing my job duties in a satisfactory manner.

4. My performance was as good as that of the white associates, i.e. Christina Mungai, who was not discharge.

5. I was never placed on probation or given an opportunity to be transferred to work for another partner.

6. On information and belief, white associates who received poor reviews, i.e. Christina Mungai, were reassigned to other partners and given an opportunity to improver their performance.

7. I was given non attorney and secretarial tasks by William G. Beatty and Charles P. Rantis, including retrieving files and scheduling depositions, despite the fact that I have been practicing law for almost 12 years.

8. On information and belief, white associates with less years of experience were given more substantive assignments, i.e. David Fanning.

9. I was passed up for partnership, even though I was told at my annual review in 2007 that I was on the partnership track.

10. On information and belief, white male associates with less years of experience were promoted to partners, i.e. David Fanning, Garret Boehm, Victor Pioli, James Phelan.

11. I was expected to bill more hours than the minimum required billiable hours and work on weekends.

12. On information and belief, white associates were not expected to exceed their minimum billable hours or work on weekends.

13. On information and belief, numerous minority attorneys have either been terminated or separated from Johnson and Bell, Ltd., i.e. Ronald Scott, Tracy (last name unknown), Keda (last name unknown and correct spelling of first name unknown), unknown African American female.

14. William G. Beatty and Charles P. Rantis assigned me non attorney and secretarial work. Then William G. Beatty and Charles P. Rantis criticized my performance as an attorney in my annual evaluation. William G. Beatty criticized my handling for an alleged deposition that never took place. On information and belief, white male associates were not criticized for tasks they were never assigned and were promoted to partners, i.e. Timothy Couture, Sean Hardy, David Fanning, James Phelan.

VII. A. Issue/Basis
    1. Discharged on or about January 9, 2008, because of my national origin, Cambodian.

B. Prima Facie Allegations

1. My national origin is Cambodian.

2. I was discharged on or about January 9, 2008. No specific reason was given for my discharge.

3. I was at all times performing my job duties in a satisfactory manner.

4. My performance was as good as that of the white associates, i.e. Christina Mungai, who was not discharge.

5. I was never placed on probation or given an opportunity to be transferred to work for another partner.

6. On information and belief, white associates who received poor reviews, i.e. Christina Mungai, were reassigned to other partners and given an opportunity to improver their performance.

7. I was given non attorney and secretarial tasks by William G. Beatty and Charles P. Rantis, including retrieving files and scheduling depositions, despite the fact that I have been practicing law for almost 12 years.

8. On information and belief, white associates with less years of experience were given more substantive assignments, i.e. David Fanning.

9. I was passed up for partnership, even though I was told at my annual review in 2007 that I was on the partnership track.

10. On information and belief, white male associates with less years of experience were promoted to partners, i.e. David Fanning, Garret Boehm, Victor Pioli, James Phelan.

11. I was expected to bill more hours than the minimum required billable hours and work on weekends.

12. On information and belief, white associates were not expected to exceed their minimum billable hours or work on weekends.

13. On information and belief, numerous minority attorneys have either been terminated or separated from Johnson and Bell, Ltd., i.e. Ronald Scott, Tracy (last name unknown), Keda (last name unknown and correct spelling of first name unknown), unknown African American female.

14. William G. Beatty and Charles P. Rantis assigned me non attorney and secretarial work. Then William G. Beatty and Charles P. Rantis criticized my performance as an attorney in my annual evaluation. William G. Beatty criticized my handling for an alleged deposition that never took place. On information and belief, white male associates were not criticized for tasks they were never assigned and were promoted to partners, i.e. Timothy Couture, Sean Hardy, David Fanning, James Phelan.

VIII. A. Issue/Basis

1. Discharged on or about January 9, 2008, because of my color, brown.

B. Prima Facie Allegations

1. My skin color is brown.

2. I was discharged on or about January 9, 2008. No specific reason was given for my discharge.

3. I was at all times performing my job duties in a satisfactory manner.

4. My performance was as good as that of the white associates, i.e. Christina Mungai, who was not discharge.

5. I was never placed on probation or given an opportunity to be transferred to work for another partner.

6. On information and belief, white associates who received poor reviews, i.e. Christina Mungai, were reassigned to other partners and given an opportunity to improver their performance.

7. I was given non attorney and secretarial tasks by William G. Beatty and Charles P. Rantis, including retrieving files and scheduling depositions, despite the fact that I have been practicing law for almost 12 years.

8. On information and belief, white associates with less years of experience were given more substantive assignments, i.e. David Fanning.

9. I was passed up for partnership, even though I was told at my annual review in 2007 that I was on the partnership track.

10. On information and belief, white male associates with less years of experience were promoted to partners, i.e. David Fanning, Garret Boehm,

Victor Pioli, James Phelan.

11. I was expected to bill more hours than the minimum required billiable hours and work on weekends.

12. On information and belief, white associates were not expected to exceed their minimum billable hours or work on weekends.

13. On information and belief, numerous minority attorneys have either been terminated or separated from Johnson and Bell, Ltd., i.e. Ronald Scott, Tracy (last name unknown), Keda (last name unknown and correct spelling of first name unknown), unknown African American female.

IX. A. Issue/Basis
1. Discharged on or about January 9, 2008, because of my age, 37.

B. Prima Facie Allegations

1. My age is 38 and was 37 at the time of discharge.

2. I was discharged on or about January 9, 2008. No specific reason was given for my discharge.

3. I was at all times performing my job duties in a satisfactory manner.

4. My performance was as good as that of the younger, white associates, who were not discharge and some of whom were promoted to partner, i.e. David Fanning.

5. I was never placed on probation or given an opportunity to be transferred to work for another partner.

6. On information and belief, younger, white associates who received poor reviews, i.e. Thomas Hayes, were reassigned to other partners and given an opportunity to improver their performance.

7. I was given non attorney and secretarial tasks by William G. Beatty and Charles P. Rantis, including retrieving files and scheduling depositions, despite the fact that I have been practicing law for almost 12 years.

8. On information and belief, white associates with less years of

experience were given more substantive assignments, i.e. David Fanning.

9. I was passed up for partnership, even though I was told at my annual review in 2007 that I was on the partnership track.

10. On information and belief, white male associates with less years of experience were promoted to partners, i.e. David Fanning, Garret Boehm, Victor Pioli, James Phelan.

11. I was expected to bill more hours than the minimum required billiable hours and work on weekends.

12. On information and belief, white associates were not expected to exceed their minimum billable hours or work on weekends.

13. On information and belief, numerous minority attorneys have either been terminated or separated from Johnson and Bell, Ltd., i.e. Ronald Scott, Tracy (last name unknown), Keda (last name unknown and correct spelling of first name unknown), unknown African American female.

14. William G. Beatty and Charles P. Rantis assigned me non attorney and secretarial work. Then William G. Beatty and Charles P. Rantis criticized my performance as an attorney in my annual evaluation. William G. Beatty criticized my handling for an alleged deposition that never took place. On information and belief, white male associates were not criticized for tasks they were never assigned and were promoted to partners, i.e. Timothy Couture, Sean Hardy, David Fanning, James Phelan.

Meanoth Hueg on oath or affirmation states that he/she is the Complainant herein, that he/she has read the foregoing charge and knows the contents thereof, and that the same are true and correct to the best of his/her knowledge.

_____
Complainant Signature/Date       7/7/08

Subscribed and Sworn to before me this ___7___ Day of ___July___ ~~19~~ 08

_____
Notary Public

OFFICIAL SEAL
ANTIONETTE MILLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-14-2011

IDHR FORM #6